**Electronically Filed
Supreme Court
SCWC-14-0000352
31-DEC-2015
11:02 AM**

SCWC-14-0000352

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

WILLIAM ERIC BOYD,
Petitioner/Appellant/Appellee/Cross-Appellant,


vs.


HAWAII STATE ETHICS COMMISSION, STATE OF HAWAI'I,
Respondent/Appellee/Appellant/Cross-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000352; CIVIL NO. 13-1-115)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Chang, in place of Nakayama, J., recused)

Petitioner/Appellant/Appellee/Cross-Appellant William

Eric Boyd's Application for Writ of Certiorari, filed on

November 16, 2015, is hereby accepted and will be scheduled for

oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, December 31, 2015.

Ted H.S. Hong
for petitioner

Kimberly Tsumoto Guidry
for respondent

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Gary W.B. Chang

